In the Matter of the Accounting of CITY BANK FARMERS TRUST COMPANY, as Trustee under the Will of JAMES H. BATES, Deceased.

BROOKLYN HOME FOR AGED MEN et al., Appellants; LEONARD N. SNEDEKER, Special Guardian for CHARLES W. FIELD et al., Infants, et al., Respondents.

Argued September 26, 1939; decided October 17, 1939.

*Almet R. Latson, Jr., Robert F. Greacen, William K. Allison, Vincent W. Quinn, R. M. Cahoone, John J. Morris, Oscar Wm. Swift* and *Francis H. Warland* for appellants.

*George B. Draper* and *Myer Miller* for Lou A. Bates, respondent.

*William G. Barr* and *Albert N. Webster* for Florence W. Griswold, respondent.

*Leonard N. Snedeker,* special guardian for infant respondents.

*J. H. Morgan* and *W. A. Lockwood* for City Bank Farmers Trust Company, respondent.

Order affirmed, with costs to all parties filing briefs payable out of the principal of the trust. Certified question not answered. No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, FINCH and RIPPEY, JJ. Dissenting: LOUGHRAN, J. Taking no part: O'BRIEN, J.